UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ETC., ON BEHALF OF INSURED(S)/ASSIGNOR(S)/ SUBROGOR(S): AARON JACKSON | CIVIL ACTION |
| VERSUS | NO. 13–3050 |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY AND ANPAC LOUISIANA INSURANCE COMPANY | SECTION "C" (4) |

ORDER AND REASONS

This matter comes before the Court on a rule to show cause why this case should not be remanded for lack of subject matter jurisdiction. Having considered the record, the memoranda of counsel and the law, the Court has determined that remand is appropriate. The Court adopts the Order and Reasons of Judge Mary Ann Vial Lemmon in *State of Louisiana, etc. v. American National Property and Casualty Company, et al*, Civ. Act. No. 13-3047 "S"(4), Rec. Doc. 18, as its opinion in this matter.

Accordingly,

IT IS ORDERED that this matter is REMANDED to the Civil District Court, Parish of Orleans, State of Louisiana for lack of subject matter jurisdiction under 28 U.S.C. § 1447( c).

New Orleans, Louisiana, this 11th day of September, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT